## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| BETTYE JACKSON, as Independent Administrator of the Estate of Eugene Washington, deceased | ) ) ) ) | |
| | ) | Case No: 3:20-cv-50414 |
| Plaintiff, | ) ) | |
| vs. | ) ) | Hon. Iain D. Johnston |
| | ) | Magistrate Judge Lisa A. Jensen |
| SHERIFF OF WINNEBAGO COUNTY, ILLINOIS, in his official capacity; and JEFF VALENTINE, individually and as agent, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### PARTIES' JOINT REPORT ON STATUS OF SETTLEMENT

1. The parties have finalized the settlement agreement and signatures.
2. On September 26, 2024, the Winnebago County Probate Court received the report of the guardian *ad litem* on behalf of the 4 minor heirs and approved the settlement.
3. This settlement has been formally approved by Winnebago County.
4. On November 6, 2024, the Winnebago County Probate Court approved the amounts to the minor heirs' estates but had set the matter further for approval of how the distribution will occur (e.g. trust, restricted account, etc.).
5. The parties now await the issuance of the settlement funds by the Defendants to be distributed according to the orders of the Winnebago Probate Court.
6. The parties request this Court retain jurisdiction until approval and distribution have been completed.

Dated: November 15, 2024

Respectfully Submitted,

By: /s/ Bhavani Raveendran
Attorney for Plaintiffs

Bhavani Raveendran
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net

*Attorney for Plaintiff*

By: /s/ Michael F. Iasparro
Michael F. Iasparro

Hinshaw & Culbertson LLP
Attorney for Defendant
100 Park Avenue
Rockford, IL 61101
Telephone: (815) 490-4945

*Attorney for Defendants*